UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| UNITED STATES OF AMERICA, | ) Case No. 22cr0633-JLS |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER GRANTING CONTINUANCE** |
| v. | ) **OF DEFENDANT'S MOTION HEARING/** |
| | ) **TRIAL SETTING** |
| HUGO ROSALES-GACIA, | ) |
| Defendant. | ) |

Upon joint motion of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant Hugo Rosales-Garcia's Motion/Trial Setting Hearing is continued from April 22, 2022 to May 6, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded in the interest of justice until May 6, 2022.

**IT IS SO ORDERED.**

Dated: April 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1